FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
SEALED
2026 AUG 18 PM 3:54
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER GUERRA-ALVAREZ,<br><br>Defendant. | 8:26CR166<br><br>INDICTMENT<br><br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>18 U.S.C. § 2261A(2)(B) |

The Grand Jury charges that

**COUNT I**

Between on or about May 26, 2023, and May 28, 2026, in the District of Nebraska, and elsewhere, Defendant ALEXANDER GUERRA-ALVAREZ, did knowingly receive and distribute and attempt to receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

**COUNT II**

From about January 2025, the exact date being unknown, until about May 2026, in the District of Nebraska, and elsewhere, Defendant ALEXANDER GUERRA-ALVAREZ, with the intent to injure, harass, and cause substantial emotional distress to a person in another state, namely, Nebraska, used facilities of interstate or foreign commerce, including mail, electronic messaging, and internet websites, to engage in a course of conduct that caused and was intended to cause substantial emotional distress to VICTIM 1, an intimate partner, and her family members.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO, #25218
Assistant U.S. Attorney